**Order filed November 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00898-CV
_____

**CHARLES P. AND JENNIFER CURRY, Appellants**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-57215**

---

## O R D E R

The notice of appeal in this case was filed September 24, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellants have established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **November 21, 2012.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM